UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: _____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| Guillermo RODRIGUEZ Jr ) | Importation of a Controlled Substance |
| ) | |
| Defendant, ) | |
| _____ ) | |

The undersigned complaint being duly sworn states:

On or about December 8, 2007, within the Southern District of California, Guillermo RODRIGUEZ Jr, did knowingly and intentionally import approximately 35.20 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Special Agent Jason F. Dunham
US Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS ____ DAY OF December 2007.

MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On or about December 8, 2007 at approximately 2220 hours, Guillermo RODRIGUEZ Jr entered the United States from the Republic of Mexico at the San Ysidro, California, Port of Entry. At the time of entry, RODRIGUEZ was the driver of a 1987 Mercedes-Benz 420 SEL, black in color and bearing California license 6CBT150. Subsequent Customs inspection of the suspect's vehicle resulted in the discovery of 24 packages concealed in non-factory compartments built behind the rear seat and the frame of the vehicle. The packages were wrapped in black electrical tape, cellophane and aluminum and contained approximately 35.20 kilograms (77.44 pounds) of a green leafy substance that field tested positive for marijuana. Documentation located in the car indicated that RODRIGUEZ is the registered owner of the vehicle and has been for approximately one month.

CBP Inspectors informed ICE Agents that the gas tank had been moved from its factory position behind the rear seat of the vehicle to an unknown location. CBP Inspectors also noted the strong smell of gasoline inside the vehicle. RODRIGUEZ had prominent tattoos featuring "CV155" and "155", a reference to the "Compton Varrio 155" street gang based in Compton, California.