# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -2 PM 3: 54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

U. S. A. vs. RODRIGUEZ JR., GUILLERMO      Docket No. 07MJ2856-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Kimura Hilton Pretrial Services Officer presenting an official report upon the conduct of defendant RODRIGUEZ JR., GUILLERMO who was placed under pretrial release supervision by the Honorable Barbara Lynn Major sitting in the court at San Diego, on the 17th day of December, 2007, under the following conditions:

Restrict travel to Southern District of California; restrict travel to Central District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both; execute a personal appearance bond in the amount of $25,000 Secured by: co-signed by two financially responsible (related) adults, 1 must be related.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On December 20, 2007, the defendant stated he used methamphetamine, marijuana and cocaine prior to his arrest. This information was not known at the time the bond conditions were addressed. The defendant, sureties, Gloria Lopez, Martha Zamudio, Rosa Coria, Assistant U.S. Attorney Michelle Pettit and defense counsel Kurt Hermansen are not opposed to this modification.

**PRAYING THAT THE COURT WILL MODIFY THE CURRENT CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO SUBMIT TO TREATMENT AND/OR TESTING FOR DRUGS.**

ORDER OF COURT

Considered and ordered this 28th day of December, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Barbara Lynn Majors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 21, 2007

Respectfully,
_____
Kimura Hilton, U.S. Pretrial Services Officer Assistant

Place    San Diego, California

Date    December 21, 2007